UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

LP

Jonathan Lee Riches©,
Plaintiff

CIVIL NO: 07-5276

V.

TERMINI BROS BAKERY; VINCENT TERMINI SR.; VINCENT TERMINI JR.; 1523 South 8th St Philadelphia P.A. 19147,
Defendants

Complaint

BAKERY POISONING/EVADING TAXES/Hiring illegal Immigrants

Comes Now the Plaintiff, Jonathan Lee Riches©, in pro-se, moves under 42 USC 1983 and a Restraining order Against Defendant's operating a Bakery serving trans fat to customers violating city Law. Defendant's operate more the 4 Bakeries, they fail to get rid of trans fats in their products a violation of my constitutional rights. Defendants have been Evading taxes with Fumo and John Street knowing, but Defendant's are providing city hall with bribes and free Bakery goods. Defendant's hire illegal immigrants to work for the Bakery and pay them under the table to Avoid Taxes. I seek 25 million and a shut down of all defendants Bakeries so Law Enforcement can check into their illegal practices.

Respectfully Submitted

Jonathan Lee Riches©

Jonathan Lee Riches©
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, S.C. 29590
843-387-9400